**Fill in this information to identify the case:**

Debtor name    **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-70246**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    **39,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **39,000.00**

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **285,267.78**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................................    +$    **1,930,127.27**

4.    **Total liabilities** ...........................................................................................................    $    **2,215,395.05**
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-70246**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☑ No. Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    Accounts receivable

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 10,000.00 | - | 0.00 = .... | $10,000.00 |
| | face amount | | doubtful or uncollectible accounts | |

12.    Total of Part 3.
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$10,000.00

### Part 4:    Investments

13. Does the debtor own any investments?

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Joseph G. Kelley Construction Management, Inc.**          Case number *(if known)* **16-70246**
              <sub>Name</sub>

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** <br> 3 Desks, 9 desk chairs, and other miscellaneous office furniture | $0.00 | | $1,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Used computers, 1 printer, and other miscellaneous office equipment | $0.00 | | $3,500.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                          $5,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor   **Joseph G. Kelley Construction Management, Inc.**          Case number *(If known)* **16-70246**
　　　　　Name

47.1..  **2005 Porsche 911**                         $0.00                    $24,000.00

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**                                                   $24,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    __Joseph G. Kelley Construction Management, Inc.__    Case number *(If known)* __16-70246__
Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,000.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-70246**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Chase Auto Finance**<br><span style="font-size:small">Creditor's Name</span> | Describe debtor's property that is subject to a lien<br>**2005 Porsche 911** | $30,555.78 | $24,000.00 |

**P.O. Box 901065**
**Fort Worth, TX 76101-2065**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**4306**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Dell Computers**<br><span style="font-size:small">Creditor's Name</span> | Describe debtor's property that is subject to a lien | $4,712.00 | $0.00 |

**P.O. Box 6403**
**Carol Stream, IL 60197**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Joseph G. Kelley Construction Management, Inc.**                    Case number (if know)    **16-70246**
_____Name_____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| 2.3 | **The Suffolk County Nat'l** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |

_____Creditor's Name_____

**4 West Second Street**
**Riverhead, NY 11901**

Creditor's mailing address

**All business assets / credit line**

Describe the lien
**Note**
Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**0033**

Do multiple creditors have an interest in the same property?

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$285,267.78** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor?<br>Line | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-70246**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,600.00 |
|---|---|---|---|

**Applied Lightning Safety Group**
**1524 Rocky Point Road**
**Middle Island, NY 11953**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,480.00 |
|---|---|---|---|

**Bennett & Read, LLP**
**212 Windmill Lane**
**Southampton, NY 11968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)    **16-70246**
　　　　　Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,881.00 |
|---|---|---|---|
| | **Binetti Painting, Inc.**<br>**1 Woodchuck Court**<br>**Shirley, NY 11967** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,470.00 |
|---|---|---|---|
| | **Brentwood Door Co., Inc.**<br>**1607 Lakeland Avenue**<br>**Bohemia, NY 11716** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,575.00 |
|---|---|---|---|
| | **Cabinetry By Design, Inc.**<br>**95 Brook Avenue**<br>**Deer Park, NY 11729** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.48 |
|---|---|---|---|
| | **Call-A-Head**<br>**304 Cross Bay Boulevard**<br>**Far Rockaway, NY 11693** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

Debtor    **Joseph G. Kelley Construction Management, Inc.**                    Case number (if known)    **16-70246**
          Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,350.00 |
|---|---|---|---|

**Casola Well Drillers, Inc.**
**1402 Montauk Highway**
**Mastic, NY 11950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.66 |
|---|---|---|---|

**Cassone Leasing, Inc.**
**1950 Lakeland Avenue**
**Ronkonkoma, NY 11779**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,587.46 |
|---|---|---|---|

**D.L. Talmage**
**P.O. Box 272**
**East Hampton, NY 11937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,999.95 |
|---|---|---|---|

**Davis Landscape Design**
**P.O. Box 155**
**Wainscott, NY 11975**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Joseph G. Kelley Construction Management, Inc.** | Case number (if known) | **16-70246** |
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,941.74 |
| | **Designer Glass Solutions, LLC** | Check all that apply. | |
| | **P.O. Box 818** | ☐ Contingent | |
| | **Quogue, NY 11959-0818** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,448.00 |
| | **Ferra Designs, Inc.** | Check all that apply. | |
| | **69 Flushing Avenue** | ☐ Contingent | |
| | **Bldg. 275/Suite 101/Unit 135** | ☐ Unliquidated | |
| | **Brooklyn, NY 11205** | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,410.34 |
| | **Garrett Construction Corp.** | Check all that apply. | |
| | **P.O. Box 994** | ☐ Contingent | |
| | **Bridgehampton, NY 11932-0994** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
| | **Green Logic, LLC** | Check all that apply. | |
| | **425 Country Road 39A** | ☐ Contingent | |
| | **Suite 101** | ☐ Unliquidated | |
| | **Southampton, NY 11968** | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

Debtor   **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)   **16-70246**
_____ Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,500.00 |
|---|---|---|---|

**Hamptons Roll Off, Inc.**
P.O. 852
Southampton, NY 11969-0852

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,566.88 |
|---|---|---|---|

**Home Technology Experts**
394 N. Main Street, Unit #7
Southampton, NY 11968

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,400.00 |
|---|---|---|---|

**Imperial Gunite, Inc.**
81 Commercial Avenue
Oakdale, NY 11769

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,932.75 |
|---|---|---|---|

**J & G Hardwood Flooring**
1556 Ocean Avenue, Unit 13
Bohemia, NY 11716

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)    **16-70246**
          <sub>Name</sub>

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,541.23 |
|---|---|---|---|

**J. GIBSON McILVAIN CO.**
P.O. Box 823365
Philadelphia, PA 19182-3365

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,930.00 |
|---|---|---|---|

**Jakubowski, Robertson, Maffei**
969 Jericho Turnpike
Saint James, NY 11780

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,498.02 |
|---|---|---|---|

**James Electric, Inc**
P.O. Box 1371
Sag Harbor, NY 11963

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,775.00 |
|---|---|---|---|

**JSA Service Corp.**
39 Glenview Avenue
Fort Salonga, NY 11768

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Joseph G. Kelley Construction Management, Inc.** | | Case number (if known) | **16-70246** |
|--------|---|---|---|---|
| | Name | | | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,046.00 |
|------|---|---|---|
| | **JT Mechanical Services, LLC** | *Check all that apply.* | |
| | **9 Cherry Avenue** | ☐ Contingent | |
| | **Holtsville, NY 11742** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92,491.29 |
|------|---|---|---|
| | **Joseph Kelley** | *Check all that apply.* | |
| | **3 Corwin Road** | ☐ Contingent | |
| | **Sag Harbor, NY 11963** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Loans to company** | |
| | Date or dates debt was incurred **12/28/13** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279,695.27 |
|------|---|---|---|
| | **Seth Kelley** | *Check all that apply.* | |
| | **95 Springy Banks Road** | ☐ Contingent | |
| | **East Hampton, NY 11937** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | Basis for the claim: | |
| | | **Loans to company** | |
| | Date or dates debt was incurred **4/25/14 - 11/6/15** | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,456.05 |
|------|---|---|---|
| | **Kevin Harrington Plumbing** | *Check all that apply.* | |
| | **& Heating, Inc.** | ☐ Contingent | |
| | **49A Mariner Drive** | ☐ Unliquidated | |
| | **Southampton, NY 11968** | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

Debtor   **Joseph G. Kelley Construction Management, Inc.**                    Case number (if known)    **16-70246**
         Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,975.00 |
|---|---|---|---|

**KGS LLP**
**125 Jericho Turnpike**
**Jericho, NY 11753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 |
|---|---|---|---|

**Lance Nill, Inc.**
**67 Mariner Drive**
**Southampton, NY 11968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,531.00 |
|---|---|---|---|

**LGP Foundations, Inc.**
**134 Mariner Drive**
**Southampton, NY 11968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,038.25 |
|---|---|---|---|

**Liberty Iron Works**
**514 County Road 39A**
**Southampton, NY 11968**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)    **16-70246**
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,741.92 |

**Lowell Electrical Contracting**
**138 Oregon Avenue**
**Medford, NY 11763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,883.00 |

**Luis Bermeo Masonry, Inc.**
**7 Calvin Street**
**East Hampton, NY 11937**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $315,895.12 |

**Lynn, Gartner, Dunne & Covello**
**330 Old Country Road #103**
**Mineola, NY 11501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.25 |

**Merchants Insurance Group**
**P.O. Box 4031**
**Buffalo, NY 14240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor    **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)    **16-70246**
_____Name_____

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.60 |
|---|---|---|---|

**Network Solutions & Training**
P.O.Box 248
East Northport, NY 11731

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.58 |
|---|---|---|---|

**North Fork Water Supply Co.**
P.O. Box 365
Calverton, NY 11933-0365

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,453.05 |
|---|---|---|---|

**NSW Construction Management**
2420 Pond Road
Ronkonkoma, NY 11779

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,454.28 |
|---|---|---|---|

**Quality Air Care Cleaning**
10 Teak Lane
East Hampton, NY 11937

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Joseph G. Kelley Construction Management, Inc.**          Case number (if known)  **16-70246**
        Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,502.00 |

**Quality In Marble Granite**
**P.O. Box 2071**
**East Hampton, NY 11937**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,200.00 |

**RA Ehasz Giacalone Architects**
**431 Conklin Street**
**Attn: Louis Giacalone**
**Farmingdale, NY 11735**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,640.00 |

**Radiant Drywall & Insulation**
**73 Hawkins Avenue**
**P.O. Box 273 Center Moriches**
**Center Moriches, NY 11934-0273**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,423.85 |

**S & P Carting Service, Inc.**
**P.O. Box 939**
**Water Mill, NY 11976**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | Joseph G. Kelley Construction Management, Inc. | Case number (if known) | 16-70246 |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $559,048.10 |
|---|---|---|---|

**Sahn, Robert**
**One Central Park South**
**Apt. 806**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 |
|---|---|---|---|

**Saskas Surveying Company, P.C.**
**124 Cedar Street**
**East Hampton, NY 11937**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,471.30 |
|---|---|---|---|

**Tebbens Steel, LLC**
**800 Burman Blvd.**
**Calverton, NY 11933**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.00 |
|---|---|---|---|

**TQ Mason House, Inc.**
**25 Bittersweet South Ext**
**Hampton Bays, NY 11946**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor  **Joseph G. Kelley Construction Management, Inc.**
  Name

Case number (if known)  **16-70246**

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,013.85 |
|---|---|---|---|

**TSG Reporting**
**747 Third Avenue**
**Suite 10A**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,144.00 |
|---|---|---|---|

**Westhampton Architectural**
**Glass, Inc.**
**44 Old Riverhead Road**
**Westhampton Beach, NY 11978**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,930,127.27 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,930,127.27 |

---

**Fill in this information to identify the case:**

Debtor name    **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    **16-70246**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease: 2408 Main Street Bridgehampton, New York 11932** |
| | State the term remaining | **none** |
| | List the contract number of any government contract | _____ |

**Gear Enterprises**
**P.O. Box 727**
**Bridgehampton, NY 11932**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Joseph G. Kelley Construction Management, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td>16-70246</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                           Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Joseph Kelley | P.O. Box 3051<br>Bridgehampton, NY 11932 | The Suffolk County Nat'l Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Seth Kelley | P.O. Box 3051<br>Bridgehampton, NY 11932 | The Suffolk County Nat'l Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Joseph G. Kelley Construction Management, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   **16-70246**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 21, 2016**          X **/s/ Seth Kelley** _____
                                                 Signature of individual signing on behalf of debtor

                                             **Seth Kelley** _____
                                             Printed name

                                             **Vice President** _____
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy