| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **Joseph G. Kelley Construction Management, Inc.**<br>Name | EIN  **11–3222410** |
| United States Bankruptcy Court **Eastern District of New York**<br>Case number: **8–16–70246–las** | | Date case filed for Chapter **7: 1/21/16** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     Revised 12/15

For the debtor(s) listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

| 1. | **Debtor's Full Name** | Joseph G. Kelley Construction Management, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 3051<br>Bridgehampton, NY 11932 | |
| 4. | **Debtor's Attorney**<br>Name and address | Arthur Goldstein<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway<br>10th Floor<br>New York, NY 10018 | Contact Phone (212) 216–1119<br>Email:<br>agoldstein@tarterkrinsky.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Robert L. Pryor<br>Pryor & Mandelup LLP<br>675 Old Country Road<br>Westbury, NY 11590 | Contact Phone (516) 997–0999<br>Email: rlp@pryormandelup.com |
| 6. | **Meeting of Creditors** | **February 23, 2016 at 09:00 AM** | Location:<br><br>**Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 563, Central Islip, NY 11722–4437** |
| 7. | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. | |
| 8. | **Bankruptcy Clerk's Office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office:<br>290 Federal Plaza<br>Central Islip, NY 11722<br><br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. | Hours Open:<br>Monday – Friday 9:00 AM – 4:30 PM<br><br>Contact Phone (631) 712–6200<br><br>Date: 1/22/16 |

Debtor **Joseph G. Kelley Construction Management, Inc.**                                  Case number **8–16–70246–las**

| | | |
|---|---|---|
| 9. | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| 10. | **Proof of Claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not file this notice with any proof of claim or other filing in the case.*** |
| 11. | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| 12. | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 13. | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |