**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
In re:                                                                    Chapter 7

**JOSEPH G. KELLEY CONSTRUCTION**
**MANAGEMENT, INC.,**                                   Case No. 8-16-70246-las
                    **Debtor.**
                                                                           **AFFIDAVIT OF SERVICE**
----------------------------------------------------------------X
STATE OF NEW YORK   )
                                      ) ss.:
COUNTY OF NASSAU   )

      **Althea Barrett,** being duly sworn, deposes and says: I am not a party to this action, I am over 18 years of age, and I reside in Saint Albans, New York.

      On November 7, 2016, I served **Exhibit "A"** upon the following parties at their respective addresses on the annexed service list, except those denoted with * which were sent the complete **Notice of Motion and Application with Exhibits**, by depositing a true copy in a postage paid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York**.**

**See Annexed List**

                                                              *s/ Althea Barrett*
                                                                 Althea Barrett

Sworn to before me this
7th day of November, 2016

*s/ Kathleen Janssen*
            Notary Public

Kathleen Janssen
Notary Public - State of New York
No.:   01JA6130955
Commissioned in Suffolk County, New York
Commission Expires: July 25, 2017

SERVICE LIST

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Applied Lightning Safety Group
1524 Rocky Point Road
Middle Island, NY 11953

Bennett & Read, LLP
212 Windmill Lane
Southampton, NY 11968

Binetti Painting, Inc.
1 Woodchuck Court
Shirley, NY 11967

Brentwood Door Co., Inc.
1607 Lakeland Avenue
Bohemia, NY 11716

Cabinetry By Design, Inc.
95 Brook Avenue
Deer Park, NY 11729

Call-A-Head
304 Cross Bay Boulevard
Far Rockaway, NY 11693

Casola Well Drillers, Inc.
1402 Montauk Highway
Mastic, NY 11950

Cassone Leasing, Inc.
1950 Lakeland Avenue
Ronkonkoma, NY 11779

Chase Auto Finance
P.O. Box 901065
Fort Worth, TX 76101-2065

D.L. Talmage
P.O. Box 272
East Hampton, NY 11937 -0999

Davis Landscape Design
P.O. Box 155
Wainscott, NY 11975

Dell Computers
P.O. Box 6403
Carol Stream, IL 60197

Designer Glass Solutions, LLC
P.O. Box 818
Quogue, NY 11959-0818

Ferra Designs, Inc.
69 Flushing Avenue
Bldg. 275/Suite 101/Unit 135
Brooklyn, NY 11205

Garrett Construction Corp.
P.O. Box 994
Bridgehampton, NY 11932-0994

Gear Enterprises
P.O. Box 727
Bridgehampton, NY 11932

Green Logic, LLC
425 Country Road 39A
Suite 101
Southampton, NY 11968

Hamptons Roll Off, Inc.
P.O. 852
Southampton, NY 11969-0852

Home Technology Experts
394 N. Main Street, Unit #7
Southampton, NY 11968

Imperial Gunite, Inc.
81 Commercial Avenue
Oakdale, NY 11769

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 7346
Philadelphia, PA 19107-7346

J & G Hardwood Flooring
1556 Ocean Avenue, Unit 13
Bohemia, NY 11716

J. GIBSON McILVAIN CO.
P.O. Box 823365
Philadelphia, PA 19182-3365

Jakubowski, Robertson, Maffei
969 Jericho Turnpike
Saint James, NY 11780

James Electric, Inc
P.O. Box 1371
Sag Harbor, NY 11963

Joseph Kelley
P.O. Box 3051
Bridgehampton, NY 11932

Joseph Kelley
3 Corwin Road
Sag Harbor, NY 11963

JSA Service Corp.
39 Glenview Avenue
Fort Salonga, NY 11768

JT Mechanical Services, LLC
9 Cherry Avenue
Holtsville, NY 11742

Kevin Harrington Plumbing
& Heating, Inc.
49A Mariner Drive
Southampton, NY 11968

KGS LLP
125 Jericho Turnpike
Jericho, NY 11753

Lance Nill, Inc.
67 Mariner Drive
Southampton, NY 11968

LGP Foundations, Inc.
134 Mariner Drive
Southampton, NY 11968

Liberty Iron Works
514 County Road 39A
Southampton, NY 11968

Lowell Electrical Contracting
138 Oregon Avenue
Medford, NY 11763

Luis Bermeo Masonry, Inc.
7 Calvin Street
East Hampton, NY 11937

Lynn, Gartner, Dunne & Covello
330 Old Country Road #103
Mineola, NY 11501

Merchants Insurance Group
P.O. Box 4031
Buffalo, NY 14240

Network Solutions & Training
P.O.Box 248
East Northport, NY 11731

North Fork Water Supply Co.
P.O. Box 365
Calverton, NY 11933-0365

NSW Construction Management
2420 Pond Road
Ronkonkoma, NY 11779

NYS Dept of Labor
State Office Campus
Bldg #12 Rm 256
Albany NY 12240

NYS Dept. Taxation & Finance
Bankruptcy/Spec. Proc. Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the U.S. Trustee    *
560 Federal Plaza, Suite 560
Long Island Federal Courthouse
Central Islip, NY 11722

Quality Air Care Cleaning
10 Teak Lane
East Hampton, NY 11937

Quality In Marble Granite
P.O. Box 2071
East Hampton, NY 11937

RA Ehasz Giacalone Architects
431 Conklin Street
Attn: Louis Giacalone
Farmingdale, NY 11735

Radiant Drywall & Insulation
73 Hawkins Avenue
P.O. Box 273 Center Moriches
Center Moriches, NY 11934-0273

Robert Sahn
c/o Forchelli, Curto, Deegan
Attn: Brian J. Hufnagel, Esq.
333 Earle Ovington Blvd., Ste. 1010
Uniondale, NY 11553

S & P Carting Service, Inc.
P.O. Box 939
Water Mill, NY 11976

S&P Carting
C. Tech Collections, Inc.
5505 Nesconset Highway Suite 200
Mt. Sinai, NY 11766

Sahn, Robert
One Central Park South
Apt. 806
New York, NY 10019

Saskas Surveying Company, P.C.
124 Cedar Street
East Hampton, NY 11937

Seth Kelley
95 Springy Banks Road
East Hampton, NY 11937

Seth Kelley
P.O. Box 3051
Bridgehampton, NY 11932

Tebbens Steel, LLC
800 Burman Blvd.
Calverton, NY 11933

The State Insurance Fund Att: Bankruptcy
Unit
100 Chestnut Street Suite 400
Rochester, New York 14604

The Suffolk County Nat'l
4 West Second Street
Riverhead, NY 11901

TQ Mason House, Inc.
25 Bittersweet South Ext
Hampton Bays, NY 11946

TSG Reporting
747 Third Avenue
Suite 10A
New York, NY 10017

U.S. Attorney's Office
Attn: Tax & Bankruptcy Unit
86 Chambers Street, 3rd Fl
New York, NY 10007

Westhampton Architectural
Glass, Inc.
44 Old Riverhead Road
Westhampton Beach, NY 11978

Joseph G. Kelly Construction Management
Group, Inc.   *
c/o Tarter, Krinsky & Drogin, LLP
1350 Broadway
10th Floor
New York, NY 10018

Joseph G. Kelly Construction   *
Management Group, Inc.
P.O. Box 3051
Bridgehampton, NY 11932

Despatch Self Storage, Inc. *
229 Butter Lane
Bridgehampton, NY 11932

Gary R. Lampert, CPA
100 Merrick Road
Suite 211-W
Rockville Center, NY 11570-4821

JPMorgan Chase Bank, N.A
c/o Winston & Winston, P.C.
750 Third Avenue, Ste.978
New York, NY 10017-2703

Edward Timothy McAuliffe, Jr.
Tarbet & Lester, PLLC
132 North Main Street
East Hampton, NY 11937