UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                  Chapter 7

JOSEPH G. KELLEY CONSTRUCTION
MANAGEMENT, INC.,                      Case No. 8-16-70246-LAS

                               Debtor.
----------------------------------------------------------------X

## ORDER OF APPROVING ABANDONMENT

        Upon the application (the "Application") of Robert L. Pryor, Esq., Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of Joseph G. Kelley Construction Management, Inc. (the "Debtor"), by his attorneys, Pryor & Mandelup, L.L.P., dated November 7, 2016, for the entry of an Order: (1) abandoning the Bankruptcy Estate's interest in and to the Debtor's plodder HPT 1100 plan printer, office supplies, filing cabinets, furniture and miscellaneous construction materials contained in the Debtor's storage facility located at Despatch Self Storage, Inc., Unit 1107, 229 Butter Lane, Bridgehampton, New York 11932 back to the Debtor pursuant to 11 U.S.C. § 554, Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and E.D.N.Y. LBR 6007-1 and (2) granting such other and further relief as to this Court is just and proper; and a hearing having been duly held before the Court, on December 8, 2016, to consider the Trustee's Application; and the Trustee, by his attorneys, Pryor & Mandelup, LLP, by Michael A. Farina, Esq., having appeared; and no opposition to the Trustee's Application having been interposed or heard; and notice of the Trustee's Application being deemed good and sufficient; and due deliberation having been had; and sufficient cause appearing therefore; now it is hereby

        **ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 554, Bankruptcy Rule 6007, and E.D.N.Y. LBR 6007-1, the Bankruptcy Estate's interest in and to the Debtor's plodder HPT 1100 plan printer, office supplies, filing cabinets, furniture and miscellaneous construction materials contained in the Debtor's storage facility located at Despatch Self Storage, Inc., Unit 1107, 229 Butter Lane, Bridgehampton, New York 11932 be and it hereby is abandoned back to the Debtor.



**Dated: December 12, 2016**
**Central Islip, New York**

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**