**EXHIBIT "A"**

# PRYOR & MANDELUP, L.L.P.
A Limited Liability Partnership Including Professional Corporations

675 Old Country Road
Westbury, New York 11590-4513
Telephone: (516) 997-0999
Facsimile: (516) 333-7333

Michael Farina, Esq.

Extension: 238
E-Mail: mf@pryormandelup.com

February 21, 2017

*Via Certified Mail*
*Return Receipt Requested*
<u>*and Regular Mail*</u>
Jorge Villamizar
601 NE 57th Street
Miami, FL 33137

Re: <u>Joseph G. Kelly Construction Management, Inc.
Case No.: 8-16-70246-LAS</u>

Dear Mr. Villamizar:

  Our office represents Robert L. Pryor, Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of Joseph G. Kelly Construction Management, Inc. (The "Debtor"), which filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code on January 21, 2016. The case is pending in and for the United States Bankruptcy Court for the Eastern District of New York under the above referenced case number.

  Our review of the Debtor's books and records indicates that you are indebted to the Debtor ( and now by operation of law) to the Bankruptcy Estate of Joseph G. Kelly Construction Management, Inc. based upon a loan (the "Loan") made to you in the sum of $10,000.00. A copy of the relevant page of the Debtor's general ledger evidencing this Loan to you is enclosed for your review.

  Accordingly, demand is hereby made that you immediately turnover the sum of $10,000.00 to our office payable to "Robert L. Pryor, Trustee, Estate of Joseph G. Kelly Construction Management, Inc. " as payment of the aforementioned Loan.

**PRYOR & MANDELUP, L.L.P.**

Jorge Villamizar                                                                                February 21, 2017
                                                                                                 Page 2

In the absence of payment or a written statement of the reasons why you believe the payment is not due ( along with supporting documentation) received by this office within thirty (30) days of the date of this letter, this debt will be considered valid. In that event, we will, take appropriate action to collect all amounts due to the estate.

Please be guided accordingly. If you have any questions, please do not hesitate to contact the undersigned.

                                        Very truly yours,

                                        PRYOR & MANDELUP, L.L.P.

                                By:     _____
                                        Michael A. Farina

9:41 AM
03/11/16
Accrual Basis

# Joseph G Kelley Construction Management, Inc.
## General Ledger
### As of December 31, 2013

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **263SD** | | | | | | | |
| General Journal | 12/30/2013 | transfer | | | Construction | 304.80 | -304.80 0.00 |
| **Total 263SD** | | | | | | 304.80 | 0.00 |
| **A R Grubb** | | | | | | | |
| Deposit | 07/09/2013 | 3722 | Anthony R Grubb | Reimb - loan | SCNB1231 | -200.00 | 456.10 |
| Deposit | 12/04/2013 | | Anthony R Grubb | Payment on ... | SCNB1231 | -100.00 | 256.10 156.10 |
| **Total A R Grubb** | | | | | | -300.00 | 156.10 |
| **B4H** | | | | | | | |
| Check | 11/03/2013 | Acct... | Building For Him | Contribution | SCNB1231 | 2,500.00 | 3,023.17 5,523.17 |
| Transfer | 11/25/2013 | | | Funds Transfer | SCNB1231 | 1,200.00 | 6,723.17 |
| Transfer | 12/05/2013 | | | Funds Transfer | SCNB1231 | 3,000.00 | 9,723.17 |
| General Journal | 12/31/2013 | transfer | | Funds Transfer | Building For Him | -9,723.17 | 0.00 |
| **Total B4H** | | | | | | -3,023.17 | 0.00 |
| **BB** | | | | | | | |
| Transfer | 12/16/2013 | | | Funds Transfer | SCNB1231 | -30,000.00 | 29,925.94 -74.06 |
| **Total BB** | | | | | | -30,000.00 | -74.06 |
| **Carl Project** | | | | | | | |
| **Total Carl Project** | | | | | | | 0.00 |
| **due from living water church** | | | | | | | |
| General Journal | 12/31/2013 | transfer | | | Living Water ... | -2,936.20 | 2,936.20 0.00 |
| **Total due from living water church** | | | | | | -2,936.20 | 0.00 |
| **due from officers** | | | | | | | |
| General Journal | 12/30/2013 | transfer | Olga & Igor Kroutoi | | exchange | -25,708.53 | 25,708.53 0.00 |
| **Total due from officers** | | | | | | -25,708.53 | 0.00 |
| **Inventory Asset** | | | | | | | |
| **Total Inventory Asset** | | | | | | | 0.00 |
| **John Ebanks** | | | | | | | |
| **Total John Ebanks** | | | | | | | 2,663.20 2,663.20 |
| **Jorge Villamizar** | | | | | | | |
| Check | 02/07/2013 | Wire ... | Jorge Villamizar | Loan | SCNB1231 | 10,000.00 | 0.00 10,000.00 |
| **Total Jorge Villamizar** | | | | | | 10,000.00 | 10,000.00 |