**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

In re: JOSEPH G. KELLEY CONSTRUCTION MANAG   §   Case No. 8-16-70246-LAS
§
§
Debtor(s)                                                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ROBERT PRYOR , TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $39,000.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $39,139.79        Claims Discharged
                                                                                    Without Payment: N/A

Total Expenses of Administration: $75,960.21

3) Total gross receipts of $    115,100.00   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $115,100.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $254,712.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 91,917.10 | 75,960.21 | 75,960.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 470.37 | 470.37 | 470.37 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,956,633.05 | 707,486.26 | 699,669.46 | 38,669.42 |
| **TOTAL DISBURSEMENTS** | $2,211,345.05 | $799,873.73 | $776,100.04 | $115,100.00 |

4) This case was originally filed under Chapter 7 on January 21, 2016. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2021         By: /s/ROBERT PRYOR , TRUSTEE
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adversary Proceeding | 1249-000 | 2,100.00 |
| Settlement with American Express Order 12/19/16 | 1249-000 | 27,500.00 |
| Adversary Proceeding 16-8135  Beta order 9/28/17 | 1249-000 | 10,000.00 |
| Adversary Pro. 16-8134  Benula Order 9/26/17 | 1249-000 | 23,500.00 |
| Adversary Proceeding ,18-8009 v Joseph Kelley | 1249-000 | 26,000.00 |
| Adversary Proceeding .Seth Kelley 18-08010 | 1249-000 | 26,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$115,100.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Dell Computers | 4110-000 | 4,712.00 | N/A | N/A | 0.00 |
| NOTFILED | The Suffolk County Nat'l | 4110-000 | 250,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,712.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT PRYOR , TRUSTEE | 2100-000 | N/A | 9,005.00 | 9,005.00 | 9,005.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Attorney for Trustee Fees (Trustee Firm) - PRYOR & MANDELUP, L.L.P. | 3110-000 | N/A | 47,306.00 | 47,306.00 | 47,306.00 |
| Attorney for Trustee Expenses (Trustee Firm) - PRYOR & MANDELUP, L.L.P. | 3120-000 | N/A | 652.39 | 0.00 | 0.00 |
| Accountant for Trustee Fees (Trustee Firm) - Gary Lampert, CPA | 3310-000 | N/A | 30,609.00 | 15,304.50 | 15,304.50 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 43.91 | 43.91 | 43.91 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.98 | 7.98 | 7.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.15 | 42.15 | 42.15 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.82 | 36.82 | 36.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.69 | 40.69 | 40.69 |
| Other - United States Treasury | 2820-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.62 | 36.62 | 36.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.03 | 43.03 | 43.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| Other - United States Treasury | 2820-000 | N/A | 100.00 | 100.00 | 100.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.68 | 37.68 | 37.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.69 | 42.69 | 42.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.66 | 40.66 | 40.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.73 | 59.73 | 59.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.51 | 69.51 | 69.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 72.15 | 72.15 | 72.15 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 22.99 | 22.99 | 22.99 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.96 | 81.96 | 81.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.40 | 69.40 | 69.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.25 | 74.25 | 74.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 71.67 | 71.67 | 71.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.49 | 93.49 | 93.49 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.08 | 83.08 | 83.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.55 | 91.55 | 91.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.55 | 88.55 | 88.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.63 | 45.63 | 45.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.74 | 53.74 | 53.74 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 30.18 | 30.18 | 30.18 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 90.60 | 90.60 | 90.60 |
| Other - Mechanics Bank | 2600-000 | N/A | 181.06 | 181.06 | 181.06 |
| Other - Mechanics Bank | 2600-000 | N/A | 174.74 | 174.74 | 174.74 |
| Other - Mechanics Bank | 2600-000 | N/A | 192.52 | 192.52 | 192.52 |
| Other - Mechanics Bank | 2600-000 | N/A | 186.19 | 186.19 | 186.19 |
| Other - NYS Corporation Tax | 2820-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 173.88 | 173.88 | 173.88 |
| Other - Mechanics Bank | 2600-000 | N/A | 191.55 | 191.55 | 191.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $91,917.10 | $75,960.21 | $75,960.21 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | NYS Dept. Taxation & Finance | 5800-000 | N/A | 470.37 | 470.37 | 470.37 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $470.37 | $470.37 | $470.37 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NYS Dept of Labor | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 2 | D.L. Talmage | 7100-000 | 6,470.00 | 7,816.80 | 0.00 | 0.00 |
| 2 -2 | D.L. Talmage | 7100-000 | 13,937.46 | 7,816.80 | 7,816.80 | 432.03 |
| 3 | Designer Glass Solutions, LLC | 7100-000 | 93,907.86 | 30,551.15 | 30,551.15 | 1,688.50 |
| 4 | Kevin Harrington Plumbing | 7100-000 | 47,031.05 | 23,456.05 | 23,456.05 | 1,296.37 |
| 5 | Ferra Designs, Inc. | 7100-000 | 80,329.00 | 47,477.00 | 47,477.00 | 2,623.96 |
| 6 | Robert Sahn | 7100-000 | 559,048.10 | 559,048.10 | 559,048.10 | 30,897.54 |
| 7 | S & P Carting Service, Inc. | 7100-000 | 26,423.80 | 17,221.83 | 17,221.83 | 951.82 |
| 8 | The State Insurance Fund Att: Bankruptcy Unit | 7100-000 | 9,000.00 | 9,098.53 | 9,098.53 | 502.86 |
| 10 | American Express Bank, FSB | 7100-000 | N/A | 5,000.00 | 5,000.00 | 276.34 |
| NOTFILED | Lynn, Gartner, Dunne & Covello | 7100-000 | 315,895.12 | N/A | N/A | 0.00 |
| NOTFILED | Seth Kelley | 7100-000 | 279,695.27 | N/A | N/A | 0.00 |
| NOTFILED | KGS LLP | 7100-000 | 16,975.00 | N/A | N/A | 0.00 |
| NOTFILED | Luis Bermeo Masonry, Inc. | 7100-000 | 8,883.00 | N/A | N/A | 0.00 |
| NOTFILED | LGP Foundations, Inc | 7100-000 | 16,531.00 | N/A | N/A | 0.00 |
| NOTFILED | Lance Nill, Inc | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Insurance Group | 7100-000 | 478.25 | N/A | N/A | 0.00 |
| NOTFILED | Westhampton Architectural Glass, Inc. | 7100-000 | 43,144.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowell Electrical Contracting | 7100-000 | 53,741.92 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Iron Works | 7100-000 | 8,038.25 | N/A | N/A | 0.00 |
| NOTFILED | TSG Reporting | 7100-000 | 11,013.85 | N/A | N/A | 0.00 |
| NOTFILED | Network Solutions & Training | 7100-000 | 390.60 | N/A | N/A | 0.00 |
| NOTFILED | Radiant Drywall & Insulation | 7100-000 | 7,640.00 | N/A | N/A | 0.00 |
| NOTFILED | Tebbens Steel, LLC | 7100-000 | 37,471.30 | N/A | N/A | 0.00 |
| NOTFILED | Saskas Surveying Company, P.C | 7100-000 | 1,425.00 | N/A | N/A | 0.00 |
| NOTFILED | RA Ehasz Giacalone Architects/Louis Giacalone | 7100-000 | 12,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Quality Air Care Cleaning | 7100-000 | 3,454.28 | N/A | N/A | 0.00 |
| NOTFILED | Quality In Marble Granite | 7100-000 | 23,502.00 | N/A | N/A | 0.00 |
| NOTFILED | TQ Mason House, Inc. | 7100-000 | 2,425.00 | N/A | N/A | 0.00 |
| NOTFILED | NSW Construction Management | 7100-000 | 10,453.05 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Joseph Kelley | 7100-000 | 92,491.29 | N/A | N/A | 0.00 |
| NOTFILED | North Fork Water Supply Co | 7100-000 | 92.58 | N/A | N/A | 0.00 |
| NOTFILED | J & G Hardwood Flooring | 7100-000 | 14,932.75 | N/A | N/A | 0.00 |
| NOTFILED | Bennett & Read, LLP | 7100-000 | 4,480.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Lightning Safety Group | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Jakubowski, Robertson, Maffei | 7100-000 | 31,930.00 | N/A | N/A | 0.00 |
| NOTFILED | JSA Service Corp | 7100-000 | 1,775.00 | N/A | N/A | 0.00 |
| NOTFILED | James Electric, Inc | 7100-000 | 32,498.02 | N/A | N/A | 0.00 |
| NOTFILED | J. GIBSON MciLVAIN CO. | 7100-000 | 28,541.23 | N/A | N/A | 0.00 |
| NOTFILED | Home Technology Experts | 7100-000 | 28,566.88 | N/A | N/A | 0.00 |
| NOTFILED | Imperial Gunite, Inc | 7100-000 | 10,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Call-A-Head | 7100-000 | 663.48 | N/A | N/A | 0.00 |
| NOTFILED | Hamptons Roll Off, Inc. | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Cassone Leasing, Inc | 7100-000 | 461.66 | N/A | N/A | 0.00 |
| NOTFILED | JT Mechanical Services, LLC | 7100-000 | 12,046.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,956,633.05 | $707,486.26 | $699,669.46 | $38,669.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-16-70246-LAS  **Trustee:** (520570) ROBERT PRYOR , TRUSTEE
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  **Filed (f) or Converted (c):** 01/21/16 (f)
 **§341(a) Meeting Date:** 02/23/16
**Period Ending:** 03/01/21  **Claims Bar Date:** 08/10/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  2005 porsche 911. Valuation Method: | 24,000.00 | 0.00 | | 0.00 | FA |
| 2  A/R 90 days old or less. Face amount = $10000. D | 10,000.00 | 0.00 | | 0.00 | FA |
| 3  Used computers, 1 printer, and other miscellaneo | 3,500.00 | 0.00 | | 0.00 | FA |
| 4  Office Furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 6  VOID | 0.00 | 0.00 | | 0.00 | FA |
| 7  Settlement with American Express Order 12/19/16 (u) | 27,500.00 | 27,500.00 | | 27,500.00 | FA |
| 8  Adversary Proceeding 16-8135 Beta order 9/28/17 (u) | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 9  Adversary Pro. 16-8134 Benula Order 9/26/17 (u) | 23,500.00 | 23,500.00 | | 23,500.00 | FA |
| 10  Adversary Proceeding ,18-8009 v Joseph Kelley (u) | 26,000.00 | 0.00 | | 26,000.00 | FA |
| 11  Adversary Proceeding .Seth Kelley 18-08010 (u) | 26,000.00 | 0.00 | | 26,000.00 | FA |
| 11  Assets  Totals (Excluding unknown values) | **$152,000.00** | **$61,000.00** | | **$113,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

August 3. 2020 An Order was signed regarding an objection to a major claim. After the tax return pasdses the 60 days determination, we may do a fee applicaiton.
June 18, 2020 Tax return signed by Bob and sent to Gary Lampert.June 5, 2020 Sent Gary Lampert iform 2 so he could prepare a tax return. May 28, 2020  anthony is objecting to a very large cllaim.  December 4, 2019 Waiting for the last payment of $2100 from the Kelley adversary proceeding then this case will be ready to close. ANTHONY'S CASE JJuly 23, 2019 Anthony Giuliano wrote and sent a letter to Mr. Rocco about Sean Kellleys delinquency.

uly 22, 2019 Seth Kelley is now not complaint with terms of the adversary proceeding. He is in default by $8400.00. Had a conference with Anthony Giuliano about what to do to let attorney Cavaleiere help with the terms of the December Settlement.  May 14, 2019 Debtor is compliant with the terms of the stipulation.
January 11, 2019 Debtors are compliant with terms of the stipulation.
November 13, 2018 The hearing will take place on December 20, 2018. ---- Waiting for a stipulation to be signed in order that we can receive funds from Joseph Kelley in the amount of $26,000.
and Seth Kelley in the amount of $26,000.
October 18, 2018 Investigating a fraudulent conveyance.
June 5, 2018 Adversary Proceeding pending to recover fraudulent conveyance.
November 20, 2017 Continuing to collect on Beta and Benula settlements  September 13, 2017 Tax returns were received by this office and mailed to Gary Lampert accountant to the Trustee.
May 15, 2017 Waiting to get information on his tax returns which he did not keep .
April 3, 2017 Mailed in a request for past tax returns for previous years. The Debtor or his accountant were unable to find his returns.
March 27,2017 Gary Lampert is trying to prepare tax returns. The Debtor says he is not in possession of his old tax returns.
 November 30, 2016 There is an offer for one of the preferancde actions.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-16-70246-LAS  **Trustee:** (520570) ROBERT PRYOR , TRUSTEE
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  **Filed (f) or Converted (c):** 01/21/16 (f)
  **§341(a) Meeting Date:** 02/23/16
**Period Ending:** 03/01/21  **Claims Bar Date:** 08/10/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

September 6, 2016  There is a possible preference action.

June 9, 2016 Trustee's accountant is preparing potential avoidance report for the Trustee.

February 25, 2016Joseph G. Kelly Construction Management 16-70246-LAS – First we need to retain an accountant. Bob has spoken to Gary Lampert about the case. We have the flashdrive which allegedly has all the Quickbook records and Article 3A records.  These need to be downloaded and reviewed. Debtor gave us  keys to a storage facility which has a certain limited amount of machinery and equipment there as well as the books and records, so we may need to go there with (a) an auctioneer, and (b) Gary Lampert so he can take the books and records that he believes are necessary or useful.

The Debtor's bankruptcy was precipitated by a project that was being worked on for Robert Sahn.  Mr. Sahn claimed there were massive construction management overcharges and an arbitration was conducted at which time Mr. Sahn's allegations were confirmed.  He now has a judgment for I believe in excess of $500,000.00.  I am told that the first dollars taken on each requisition on Mr. Sahn's job were paid to the Kellys for their construction management services with respect to the project.  The issue there is whether or not the takedown of those funds violates Article 3A as they were not laborers directly working on the project and really their fees were in the nature of general and administrative.  It would appear that a law suit might be brought to recover those funds as being in violation of Article 3A and I suppose that's done in a representative capacity, but we have to ascertain that we have standing.  It is possible Andy can offer some guidance because he has a case pending right now involving these types of construction issues.

The Statement of Financial Affairs identifies a series of payments made within the 90 day period prior to bankruptcy.  We have to determine whether or not a Trustee can recover these in light of the potential Article 3A implication.  It may be that a result of the Sahn arbitration award was that there were substantial shortfalls in the job and therefore there were insufficient funds to cover all the Article 3A claims and thus notwithstanding the fact that the Defendants may have the right to assert Article 3A status,  the value of their 3A claims is not equal to the amounts that they were paid.  Obviously there may be some new value issues as well to the extent they continued to work on the projects.

One of the principals of the Debtor, the son Seth Kelly has formed a new business called Curated Construction LLC, which works for certain of the customers of Joseph G. Kelly Construction Management but he claims that these contracts were not entered into during the existence of Joseph G. Kelley Construction Management but rather when he formed his new business.  We can take discovery to determine when those contracts were entered into and when he began working on them.  Seth Kelly has also cosigned a Porsche vehicle obligation which he claims he is paying income tax on 90% of those monthly payments on the vehicle.  We should look at this as well. I guess the first step is to get us retained and to get Lampert retained and then we can figure out: (a) getting the books and records, (b) getting the assets located at the storage facility, and (c) making a demand for information.

**Initial Projected Date Of Final Report (TFR):**  March 30, 2016  **Current Projected Date Of Final Report (TFR):**  November 6, 2020  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  
**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9666 - Checking Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/16 | {7} | American Express TRS Company | SETTLEMENT | 1249-000 | 27,500.00 | | 27,500.00 |
| 12/29/16 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE #16-70246, 016027942 Voided on 12/30/16 | 2300-004 | | 6.33 | 27,493.67 |
| 12/30/16 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2016 FOR CASE #16-70246, 016027942 Voided: check issued on 12/29/16 | 2300-004 | | -6.33 | 27,500.00 |
| 12/30/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #16-70246, Invoice # Bond#016027942 01/01/17 to 01/01/18 Voided on 12/30/16 | 2300-004 | | 7.98 | 27,492.02 |
| 12/30/16 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #16-70246, Invoice # Bond#016027942 01/01/17 to 01/01/18 Voided: check issued on 12/30/16 | 2300-004 | | -7.98 | 27,500.00 |
| 12/30/16 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #16-70246, Bond#016027942 Voided on 12/30/16 | 2300-004 | | 7.98 | 27,492.02 |
| 12/30/16 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #16-70246, Bond#016027942 Voided: check issued on 12/30/16 | 2300-004 | | -7.98 | 27,500.00 |
| 12/30/16 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/30/2016 FOR CASE #16-70246, Bond#016027942 | 2300-000 | | 7.98 | 27,492.02 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 27,482.02 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.15 | 27,439.87 |
| 02/07/17 | 105 | NYS Corporation Tax | CT-3S 2016 | 2820-000 | | 25.00 | 27,414.87 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.82 | 27,378.05 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.69 | 27,337.36 |
| 04/03/17 | 106 | United States Treasury | form 4506 request | 2820-000 | | 100.00 | 27,237.36 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.62 | 27,200.74 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.03 | 27,157.71 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.06 | 27,118.65 |

Subtotals :      $27,500.00      $381.35

{} Asset reference(s)

Printed: 03/01/2021 02:20 PM     V.20.26

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  

**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9666 - Checking Account  
**Blanket Bond:** $42,742,595.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/17 | 107 | United States Treasury | form 4506 Request | 2820-000 | | 100.00 | 27,018.65 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.68 | 26,980.97 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.69 | 26,938.28 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.66 | 26,897.62 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.73 | 26,837.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.51 | 26,768.38 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.15 | 26,696.23 |
| 01/03/18 | 108 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #16-70246, Bond#16027942 Term 01/01/18-01/01/19 | 2300-000 | | 22.99 | 26,673.24 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.96 | 26,591.28 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.40 | 26,521.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.25 | 26,447.63 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.67 | 26,375.96 |
| 01/03/19 | 109 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #16-70246 | 2300-000 | | 30.18 | 26,345.78 |
| 01/03/19 | 110 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #16-70246 Voided on 01/04/19 | 2300-004 | | 30.18 | 26,315.60 |
| 01/03/19 | 111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #16-70246 Voided on 01/04/19 | 2300-004 | | 30.18 | 26,285.42 |
| 01/04/19 | 110 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #16-70246 Voided: check issued on 01/03/19 | 2300-004 | | -30.18 | 26,315.60 |
| 01/04/19 | 111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #16-70246 Voided: check issued on 01/03/19 | 2300-004 | | -30.18 | 26,345.78 |
| 01/09/19 | {10} | Joseph G. Kelley | Payment #1; Settlement | 1249-000 | 5,250.00 | | 31,595.78 |
| 01/29/19 | {10} | Joseph G. Kelley | Payment #2; Settlement | 1249-000 | 5,250.00 | | 36,845.78 |
| 02/07/19 | {11} | Seth Kelley | Payment #1; Settlement Adversary Proceeding | 1249-000 | 2,100.00 | | 38,945.78 |
| 02/07/19 | {11} | Seth Kelley | Payment #2; Settlementy Adversary | 1249-000 | 2,100.00 | | 41,045.78 |

Subtotals :   $14,700.00   $772.87

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 8-16-70246-LAS | | **Trustee:** | ROBERT PRYOR , TRUSTEE (520570) |
|---|---|---|---|---|
| **Case Name:** | JOSEPH G. KELLEY CONSTRUCTION MANAG | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******9666 - Checking Account |
| **Taxpayer ID #:** | **-***2410 | | **Blanket Bond:** | $42,742,595.00 (per case limit) |
| **Period Ending:** | 03/01/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Proceeding | | | | |
| 02/26/19 | | From old Account | Non-Escrowed Funds | 9999-000 | 43,018.96 | | 84,064.74 |
| 03/05/19 | {10} | Joseph G. Kelley | Payment #3, 4, 5 | 1249-000 | 5,250.00 | | 89,314.74 |
| 03/05/19 | 112 | NYS Corporation Tax | 2018 CT-3S | 2820-000 | | 25.00 | 89,289.74 |
| 03/19/19 | {11} | Seth J. Kelley | Payment #3 | 1249-000 | 2,100.00 | | 91,389.74 |
| 07/19/19 | | From old Account | | 9999-000 | 5,250.00 | | 96,639.74 |
| 08/01/19 | | Seth Kelley Wire | Payment #4, 5, 6, 7; Seth Kelley Wire | | 8,400.00 | | 105,039.74 |
| | {11} | | Acct #9666; Payment #4;     2,100.00 Seth Kelley Wire | 1249-000 | | | 105,039.74 |
| | {11} | | Acct #9666; Payment #5;     2,100.00 Seth Kelley Wire | 1249-000 | | | 105,039.74 |
| | {11} | | Acct #9666; Payment #6;     2,100.00 Seth Kelley Wire | 1249-000 | | | 105,039.74 |
| | {11} | | Acct #9666; Payment #7;     2,100.00 Seth Kelley Wire | 1249-000 | | | 105,039.74 |
| 09/27/19 | {11} | Seth Kelley Wire | Payment #8 | 1249-000 | 2,100.00 | | 107,139.74 |
| 10/11/19 | | Seth Kelley Wire | Adversary Proceeding | 1249-000 | 2,100.00 | | 109,239.74 |
| 11/08/19 | {11} | J. P. Morgan Chase | Payment #9; Adversary Proceeding--Incoming Wire | 1249-000 | 2,100.00 | | 111,339.74 |
| 01/08/20 | 113 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2020 FOR CASE #16-70246, 01/01/20-01/01/21 blanket bond | 2300-000 | | 43.91 | 111,295.83 |
| 01/24/20 | {11} | Curated Construction LLC | Payment #10; Settlement | 1249-000 | 2,100.00 | | 113,395.83 |
| 02/21/20 | 114 | NYS Corporation Tax | CT-5.4 2019 | 2820-000 | | 25.00 | 113,370.83 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 90.60 | 113,280.23 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 181.06 | 113,099.17 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 174.74 | 112,924.43 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 192.52 | 112,731.91 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 186.19 | 112,545.72 |
| 08/12/20 | 115 | NYS Corporation Tax | 2020 CT-3S NYS Corporation | 2820-000 | | 25.00 | 112,520.72 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 173.88 | 112,346.84 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 191.55 | 112,155.29 |
| 12/16/20 | 116 | PRYOR & MANDELUP, L.L.P. | Dividend paid 100.00% on $47,306.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 47,306.00 | 64,849.29 |
| 12/16/20 | 117 | Gary Lampert, CPA | Dividend paid 100.00% on $15,304.50, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 15,304.50 | 49,544.79 |
| | | | Subtotals : | | $72,418.96 | $63,919.95 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  

**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9666 - Checking Account  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/16/20 | 118 | Clerk of the Court | Dividend paid 100.00% on $1,400.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,400.00 | 48,144.79 |
| 12/16/20 | 119 | ROBERT PRYOR , TRUSTEE | Dividend paid 100.00% on $9,005.00, Trustee Compensation;  Reference: | 2100-000 | | 9,005.00 | 39,139.79 |
| 12/16/20 | 120 | NYS Dept. Taxation & Finance | Dividend paid 100.00% on $470.37; Claim# 9; Filed: $470.37; Reference: | 5800-000 | | 470.37 | 38,669.42 |
| 12/16/20 | 121 | D.L. Talmage | Dividend paid   5.52% on $7,816.80; Claim# 2-2; Filed: $7,816.80; Reference: | 7100-000 | | 432.03 | 38,237.39 |
| 12/16/20 | 122 | Designer Glass Solutions, LLC | Dividend paid   5.52% on $30,551.15; Claim# 3; Filed: $30,551.15; Reference: | 7100-000 | | 1,688.50 | 36,548.89 |
| 12/16/20 | 123 | Kevin Harrington Plumbing | Dividend paid   5.52% on $23,456.05; Claim# 4; Filed: $23,456.05; Reference: | 7100-000 | | 1,296.37 | 35,252.52 |
| 12/16/20 | 124 | Ferra Designs, Inc. | Dividend paid   5.52% on $47,477.00; Claim# 5; Filed: $47,477.00; Reference: | 7100-000 | | 2,623.96 | 32,628.56 |
| 12/16/20 | 125 | Robert Sahn | Dividend paid   5.52% on $559,048.10; Claim# 6; Filed: $559,048.10; Reference: | 7100-000 | | 30,897.54 | 1,731.02 |
| 12/16/20 | 126 | S & P Carting Service, Inc. | Dividend paid   5.52% on $17,221.83; Claim# 7; Filed: $17,221.83; Reference: | 7100-000 | | 951.82 | 779.20 |
| 12/16/20 | 127 | The State Insurance Fund Att: Bankruptcy Unit | Dividend paid   5.52% on $9,098.53; Claim# 8; Filed: $9,098.53; Reference: | 7100-000 | | 502.86 | 276.34 |
| 12/16/20 | 128 | American Express Bank, FSB | Dividend paid   5.52% on $5,000.00; Claim# 10; Filed: $5,000.00; Reference: | 7100-000 | | 276.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 114,618.96 | 114,618.96 | **$0.00** |
| | | | Less: Bank Transfers | | 48,268.96 | 0.00 | |
| | | | **Subtotal** | | **66,350.00** | **114,618.96** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,350.00** | **$114,618.96** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  

**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9667 - Escrow Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 03/01/2021 02:20 PM   V.20.26

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  

**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9668 - Escrow Account  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/17 | {8} | Tarbet & Lester PLLC | Adversary Proceeding 16-8135 | 1249-000 | 2,500.00 | | 2,500.00 |
| 08/16/17 | {9} | Tarbet & Lester | Adversary Proceeding 16-8134 | 1249-000 | 5,875.00 | | 8,375.00 |
| 09/19/17 | {8} | Tarbet & Lester PLLC | Settlement | 1249-000 | 2,500.00 | | 10,875.00 |
| 09/19/17 | {9} | Tarbet & Lester PLLC | Settlement | 1249-000 | 5,875.00 | | 16,750.00 |
| 10/13/17 | {8} | Tarbet & Lester | Settlement | 1249-000 | 2,500.00 | | 19,250.00 |
| 10/13/17 | {9} | Tarbet and Lester | Settlement | 1249-000 | 5,875.00 | | 25,125.00 |
| 11/08/17 | {9} | Tarbet & Lester PLLC | Benuala | 1249-000 | 5,875.00 | | 31,000.00 |
| 11/08/17 | {8} | Tarbet & Lester | Beta | 1249-000 | 2,500.00 | | 33,500.00 |
| 02/06/18 | 20101 | NYS Corporation Tax | 2017 CT-3S NYS Corporation Tax | 2820-000 | | 25.00 | 33,475.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.49 | 33,381.51 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.08 | 33,298.43 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.55 | 33,206.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.55 | 33,118.33 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.63 | 33,072.70 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.74 | 33,018.96 |
| 11/05/18 | {10} | Joeseph Margaret Kelley | Acct #JOSEPH 6666; Payment #0; Adversary Pro. Joseph Kelley | 1249-000 | 5,000.00 | | 38,018.96 |
| 11/19/18 | {11} | Seth Kelley | Payment #0; Adversary Proceeding Seth Kelley | 1249-000 | 5,000.00 | | 43,018.96 |
| 02/26/19 | | To Account new account | Non-Escrowed Funds | 9999-000 | | 43,018.96 | 0.00 |
| 04/01/19 | {10} | Joseph G. Kelley | Acct #JOSEPH 6666; Payment #4 | 1249-000 | 5,250.00 | | 5,250.00 |
| 07/19/19 | | To Mechanics Account | | 9999-000 | | 5,250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **48,750.00** | **48,750.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 48,268.96 | |
| | | | **Subtotal** | | **48,750.00** | **481.04** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,750.00** | **$481.04** | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 8-16-70246-LAS  
**Case Name:** JOSEPH G. KELLEY CONSTRUCTION MANAG  

**Taxpayer ID #:** **-***2410  
**Period Ending:** 03/01/21  

**Trustee:** ROBERT PRYOR , TRUSTEE (520570)  
**Bank Name:** Mechanics Bank  
**Account:** ******9668 - Escrow Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  115,100.00  
───────────  
Net Estate :   $115,100.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9666** | 66,350.00 | 114,618.96 | 0.00 |
| **Checking # ******9667** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9668** | 48,750.00 | 481.04 | 0.00 |
| | $115,100.00 | $115,100.00 | $0.00 |

{} Asset reference(s)

Printed: 03/01/2021 02:20 PM    V.20.26